IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHELLE A. FOX,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

14-cv-541-jdp

SALAM SYED, JESSICA SEIDEL,
SARAH ROSS, CYNTHIA RYAN,
JESSICA GARCIA and ELISA DEMET,

    Defendants.

This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting plaintiff's motion for voluntary dismissal under Fed. R. Civ. P. 41(a)(2)  and dismissing this case without prejudice.

| /s/ | 2/19/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |